UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| YUCUIS, ANN M. | § | Case No. 09-26184 MB |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
      CLERK OF THE U.S. BANKRUPTCY COURT
      219 S. DEARBORN STREET
      CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 06/16/2011 in Courtroom 250,
      United States Courthouse
      Old Kane County Courthouse
      100 S. Third Street, Geveva, IL  60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: _____

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| YUCUIS, ANN M. | § | Case No. 09-26184 MB |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,000.27 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 10,000.27 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment | |
|---|---|---|---|---|---|---|
| 3* | SunTrust Mortgage Inc | $ 233,012.47 | $ 233,012.47 | $ 0.00 | $ 0.00 | * |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 10,000.27 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 1,750.03 | $ 0.00 | $ 1,750.03 |
| Attorney for Trustee Fees: Thomas E. Springer | $ 3,584.50 | $ 0.00 | $ 3,584.50 |
| Attorney for Trustee Expenses: Thomas E. Springer | $ 113.47 | $ 0.00 | $ 113.47 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 5,448.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

    Remaining Balance      $      4,552.27

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 3,331.90 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 6B | Department of the Treasury-IRS | $ 3,331.90 | $ 0.00 | $ 3,331.90 |

    Total to be paid to priority creditors      $      3,331.90

    Remaining Balance      $      1,220.37

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 39,112.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 10,740.08 | $ 0.00 | $ 335.11 |
| 2 | DISCOVER BANK | $ 7,642.06 | $ 0.00 | $ 238.44 |
| 4 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 2,551.63 | $ 0.00 | $ 79.61 |
| 5 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 18,178.70 | $ 0.00 | $ 567.21 |

    Total to be paid to timely general unsecured creditors      $      1,220.37

    Remaining Balance      $      0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 49.62 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 6A | Department of the Treasury-IRS | $ 49.62 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors    $           0.00

Remaining Balance                                        $           0.00


Prepared By: /s/ Thomas E. Springer /s/


*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

*The Trustee is not objecting to the secured nature of this claim, however, said secured claim shall not share in the distribution of Estate funds, as the subject collateral is not being administered and/or liquidated by the Trustee.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                   Case No. 09-26184-MB
Ann M. Yucuis                                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: pseamann              Page 1 of 1              Date Rcvd: May 17, 2011
                              Form ID: pdf006             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2011.
db          +Ann M. Yucuis,    1982 Monday Dr.,    Elgin, IL 60123-1272
aty         +Joshua D Greene,    Springer, Brown, Covey, Gaertner & Davis,     400 South County Farm Rd.,
              Suite330,    Wheaton, IL 60187-4547
aty         +Roy Safanda, Esq,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
tr          +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,     400 South County Farm Road,
              Suite 330,    Wheaton, IL 60187-4547
14182865    +Aronberg Goldghen,    330 N. Wabash Ave., Ste. 1700,    Chicago, IL 60611-7765
14182866     Baker & Miller, PC,    % Discover,    29 N. Wacker Dr., 5th Fl.,    Chicago, IL 60606-2854
14182868     Creditors Interchange,    % Citibank - Resurgent Cap. Servs.,     POB 1335,   Buffalo, NY 14240-1335
14182870     FIA Card Services, NA,    POB 15028,    Wilmington, DE 19850-5028
14182871     HSBC Card Services,    POB 17051,    Baltimore, MD 21297-1051
14182872   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 7346,
              PHILADELPHIA PA 19101-7346
             (address filed with court: Department of the Treasury-IRS,      Internal Revenue Service,
              PO Box 21126,    Philadelphia PA 19114)
14182873    +James E. Yucuis,    1982 Monday Dr.,    Elgin, IL 60123-1272
14182874    +Sherman Hospital,    934 Center Street,    Elgin, IL 60120-2125
14182875    +SunTrust Mortgage Inc,    1001 Semmes Ave,    PO Box 27767 RVW 3034,    Richmond VA 23261-7767
14182876     The Home Depot Credit Services,    POB 6029,    The Lakes, NV 88901-6029

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14708043     E-mail/PDF: mrdiscen@discoverfinancial.com May 18 2011 00:23:22      DISCOVER BANK,
              DFS Services LLC,    PO Box 3025,    New Albany, Ohio   43054-3025
14182869     E-mail/PDF: mrdiscen@discoverfinancial.com May 18 2011 00:23:22      Discover,   POB 6103,
              Carol Stream, IL 60197-6103
14875362     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 18 2011 00:41:38
              FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
              Oklahoma City, OK   73124-8809
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Thomas E. Springer
aty*        +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,     400 South County Farm Road,
              Suite 330,    Wheaton, IL 60187-4547
14182867    ##+Citibank Visa,    PO Box 6000,    The Lakes, NV 88901-6000
                                                                                   TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 19, 2011**          **Signature:**    _Joseph Speetjens_